# United States Court of Appeals
### For The District of Columbia Circuit

**No. 16-1105**  September Term, 2017

OSHA-81FR16286

Filed On: September 26, 2017 [1695078]

North America's Building Trades Unions,

    Petitioner

    v.

Occupational Safety & Health Administration and United States Department of Labor,

    Respondents

------------------------------

Chamber of Commerce of the United States of America, et al.,

    Intervenors

------------------------------

Consolidated with 16-1113, 16-1125, 16-1126, 16-1131, 16-1137, 16-1138, 16-1146

    **BEFORE:** Chief Judge Garland, Circuit Judges Henderson and Tatel

**COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on September 26, 2017 at 9:05 am. The cause was heard as case No. 1 of 1 and argued before the Court by:

    William Wehrum, counsel for Industry Petitioners.

    Michael Connolly, counsel for Petitioners-Intervenors.

    Kristen Lindberg (DOL), counsel for Respondents.


    Bradford T. Hammock, counsel for Industry Petitioners.

    Lauren Goodman (DOL), counsel for Respondents.

    Victoria L. Bor, counsel for Respondents-Intervenors.


    Bradford T. Hammock, counsel for Industry Petitioners.

    Lauren Goodman (DOL), counsel for Respondents.


    Jeremiah A. Collins, counsel for General Union Petitioners.

    Victoria L. Bor, counsel for Construction Union Petitioners.

    Louise McGauley Betts (DOL), counsel for Respondents.


    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
    Joseph A. D'Agostino
    Deputy Clerk